Matthew D. Mellen (Bar No. 233350)
Jessica Galletta (Bar No. 281179)
Eunji Cho (Bar No. 286710)
MELLEN LAW FIRM
411 Borel Avenue, Suite 230
San Mateo, California 94402
Telephone:   (650) 638-0120
Facsimile:    (650) 638-0125

Attorneys for Plaintiff,
NJAMBI MUNGAI

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NJAMBI MUNGAI, an individual;<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A., a national association; HSBC BANK USA, N.A., aa national association; FANNIE MAE, a governmental agency; and Does 1 through 100, inclusive,<br><br>Defendants. | Case No.:  4:14-cv-00289-DMR<br><br>~~PROPOSED~~ ORDER GRANTING PLAINTIFF'S REQUEST FOR PERMISSION TO APPEAR TELEPHONICALLY AT MOTION TO DISMISS HEARING AND CASE MANAGEMENT CONFERENCE<br><br>Date:  May 8, 2014<br>Time:  11:00 a.m.<br>Judge:  Hon. Magistrate Judge Donna M. Ryu<br>Ctrm:  TBA<br><br>Complaint Filed:  January 17, 2014<br>FAC Filed:         March 6, 2014 |

The Court, having read and considered Plaintiff NJAMBI MUNGAI's counsel's request for telephonic appearance at the hearing on Defendants' Motion to Dismiss Plaintiff's First Amended Complaint and Case Management Conference set for May 8, 2014 at 11:00 a.m., and good cause appearing therefore, the Court grants Plaintiff's request to appear telephonically at the Motion to Dismiss hearing and Case Management Conference.

**IT IS SO ORDERED.**  Counsel must follow the protocol set forth in the attached Notice re Telephonic Appearance Procedures for Magistrate Judge Donna M. Ryu.

Dated: _____5/2/2014_____            _____
                                    Hon. Donna M. Ryu

1