MARK D. LONERGAN (State Bar No. 143622)
EDWARD R. BUELL, III (State Bar No. 240494)
MICHAEL G. CROSS (State Bar No. 268999)
mgc@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendants
WELLS FARGO BANK, N.A. and
HSBC BANK USA, N.A.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA — OAKLAND DIVISION

| | |
|---|---|
| Njambi Mungai,<br><br>        Plaintiff,<br><br>    vs.<br><br>WELLS FARGO BANK, N.A., a national association; HSBC BANK USA, N.A., a national association; FANNIE MAE, a governmental agency; and DOES 1 through 100, inclusive,<br><br>        Defendants. | Case No. C14-00289 DMR<br><br>**JOINT STIPULATION TO EXTEND TIME FOR RESPONSE TO SECOND AMENDED COMPLAINT; [PROPOSED] ORDER**<br><br>Judge:   Hon. Magistrate Judge Donna M. Ryu<br><br>Action Filed:   January 17, 2014 |

Pursuant to Federal Rule of Civil Procedure 6(b) and Civil Local Rule 6-1, Plaintiff Njambi Mungai ("Plaintiff") and Defendants Wells Fargo Bank, N.A. ("Wells Fargo"), and HSBC Bank USA, N.A. ("HSBC") (collectively, "Defendants"), through their undersigned counsel, stipulate as follows:

WHEREAS, on June 17, 2014, Plaintiff filed her Second Amended Complaint in this action (ECF No. 35);

WHEREAS, Wells Fargo filed a motion to dismiss Plaintiff's first amended complaint, and, pursuant to Federal Rule of Civil Procedure 12(a)(4), Wells Fargo has fourteen (14) days after the date of service to answer or respond to the complaint, its response to the second amended

1  complaint would be due July 7, 2014;

2  WHEREAS, HSCB was served with the second amended complaint by process server on
3  June 24, 2014, and, pursuant to Federal Rule of Civil Procedure 12(a)(1), HSBC has twenty-one
4  (21) days after the date of service to answer or respond to the complaint, its response to the second
5  amended complaint would be due July 18, 2014;

6  WHEREAS, the parties, after conferring in good faith, have agreed to extend the deadline
7  for Defendants' answers or responses to the second amended complaint until Monday, July 21,
8  2014;

9  WHEREAS, no prior extensions of the deadlines addressed herein have been requested;

10  WHEREAS, no party will be prejudiced by the stipulated schedule; and

11  WHEREAS, this stipulation is without prejudice to, or waiver of, any rights or defenses
12  otherwise available to Plaintiffs or Defendants in this action;

13  **NOW, THEREFORE IT IS HEREBY STIPULATED AND AGREED THAT:**

14  Defendants shall file their answers or responses to the second amended complaint on or
15  before July 21, 2014.

16  **IT IS SO STIPULATED.**

17

18  DATED:  July 7, 2014            SEVERSON & WERSON
                                    A Professional Corporation
19
                                    By:      /s/ *Michael G. Cross*
20                                           Michael G. Cross

21
                                    Attorneys for Defendants
22                                  WELLS FARGO BANK, N.A.; HSBC BANK USA,
                                    N.A.; and FEDERAL NATIONAL MORTGAGE
23                                  ASSOCIATION (sued as "FANNIE MAE")

24

25

26

27

28

DATED: July 7, 2014         MELLEN LAW FIRM

By: ___/s/ *Jessica Galletta*___
           Jessica Galletta (Bar No. 281179)

411 Borel Avenue, Suite 230
San Mateo, California 94402
Telephone: (650) 638-0120
Facsimile: (650) 638-0125

Attorneys for Plaintiff NJAMI MUNGAI

I, Michael G. Cross, am the ECF user whose identification and password are being used to file this Joint Stipulation.  I hereby attest that Ms. Galletta has concurred in this filing.
/s/ *Michael G. Cross*

### [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: July 8, 2014                    _____
                                        Honorable Donna M. Ryu
                                        United States Magistrate Judge