1  MARK D. LONERGAN (State Bar No. 143622)
   EDWARD R. BUELL, III (State Bar No. 240494)
2  MICHAEL G. CROSS (State Bar No. 268999)
   mgc@severson.com
3  SEVERSON & WERSON
   A Professional Corporation
4  One Embarcadero Center, Suite 2600
   San Francisco, California 94111
5  Telephone: (415) 398-3344
   Facsimile: (415) 956-0439
6
   Attorneys for Defendants
7  WELLS FARGO BANK, N.A. and
   HSBC BANK USA, N.A.
8

9                   UNITED STATES DISTRICT COURT

10           NORTHERN DISTRICT OF CALIFORNIA — OAKLAND DIVISION

11

| Njambi Mungai, | Case No. C14-00289 DMR |
|---|---|
| Plaintiff, | **JOINT STIPULATION TO EXTEND DISCOVERY DEADLINES; [PROPOSED] ORDER** |
| vs. | |
| WELLS FARGO BANK, N.A., a national association; HSBC BANK USA, N.A., a national association; FANNIE MAE, a governmental agency; and DOES 1 through 100, inclusive, | Judge:   Hon. Magistrate Judge Donna M. Ryu |
| | Action Filed:   January 17, 2014 |
| Defendants. | |

1   Pursuant to Federal Rule of Civil Procedure 6(b) and Civil Local Rule 6-1, Plaintiff
2  Njambi Mungai ("Plaintiff") and Defendants Wells Fargo Bank, N.A. ("Wells Fargo"), and HSBC
3  Bank USA, N.A. ("HSBC") (collectively, "Defendants"), through their undersigned counsel,
4  stipulate as follows:
5   WHEREAS, on September 12, 2014, this Court issued a case management and pretrial
6  order (ECF 49);
7   WHEREAS, the Order set discovery deadlines as follows:
8   a.  All non-expert discovery shall be completed by June 16, 2015;
9   b.  Experts shall be disclosed and reports provided by June 16, 2015;
10   c.  Rebuttal experts shall be disclosed and reports provided by June 30, 2015;
11   d.  All discovery from experts shall be completed by July 14, 2015;
12   WHEREAS, the Court also ordered that the parties complete the Northern District of
13  California ADR program by October 15, 2014;
14   WHEREAS, the parties did complete the ADR program;
15   WHEREAS, that program has led to further discussions between the parties that may
16  resolve this lawsuit without further litigation;
17   WHEREAS, the parties would prefer not to engage in discovery if the litigation may
18  resolve;
19   WHEREAS, the current discovery cut-off dates would require that parties begin
20  exchanging discovery demands and responses in the near future;
21   WHEREAS, the parties believe that a short extension of the discovery cut-off dates would
22  allow the parties to productively continue to negotiate settlement without incurring unnecessary
23  expenses and would not affect the other deadlines set by the Court; and
24   WHEREAS, no prior extensions of the deadlines addressed herein have been requested;
25   **NOW, THEREFORE IT IS HEREBY STIPULATED AND AGREED**
26   that the discovery deadlines should be amended as follows:
27   a.  All non-expert discovery shall be completed by September 16, 2015;
28   b.  Experts shall be disclosed and reports provided by September 16, 2015;

1        c. Rebuttal experts shall be disclosed and reports provided by September 30, 2015;

3        d. All discovery from experts shall be completed by October 14, 2015;

**IT IS SO STIPULATED.**

DATED:  March 3, 2015      SEVERSON & WERSON
A Professional Corporation

By:    /s/ *Michael G. Cross*
          Michael G. Cross

Attorneys for Defendants
WELLS FARGO BANK, N.A.; HSBC BANK USA, N.A.; and FEDERAL NATIONAL MORTGAGE ASSOCIATION (sued as "FANNIE MAE")

DATED:  March 3, 2015      MELLEN LAW FIRM

By:    /s/ *Eunji Cho*
          Eunji Cho

411 Borel Avenue, Suite 230
San Mateo, California 94402
Telephone: (650) 638-0120
Facsimile: (650) 638-0125

Attorneys for Plaintiff NJAMI MUNGAI

I, Michael G. Cross, am the ECF user whose identification and password are being used to file this Joint Stipulation. I hereby attest that Ms. Cho has concurred in this filing.  /s/ *Michael G. Cross*

**[PROPOSED] ORDER**

Pursuant to stipulation, the discovery deadlines set forth in ECF 49 are amended as follows:

    a.    All non-expert discovery shall be completed by September 16, 2015;

    b.    Experts shall be disclosed and reports provided by September 16, 2015;

    c.    Rebuttal experts shall be disclosed and reports provided by September 30, 2015;

    d.    All discovery from experts shall be completed by October 14, 2015;

**IT IS SO ORDERED.**

DATED: March 4, 2015

_____
Honorable Donna M. Ryu
United States Magistrate Judge